**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Matthew POOLE, Defendant–Appellant.**

No. 06–40737

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 10, 2007.

Allen Harvey Hurst, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Gregory A. Waldron, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

James Matthew Poole pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Pursuant to 18 U.S.C. § 924(e), he received an enhanced sentence of 180 months of imprisonment, to be followed by a three-year term of supervised release.

Poole argues that the district court erred in counting his four prior burglary convictions as separate offenses for purposes of § 924(e). The district court did not so err. *See United States v. White*, 465 F.3d 250, 253 (5th Cir.2006), *cert. denied*, ── U.S. ──, 127 S.Ct. 1167, ── L.Ed.2d ── (2007); *United States v. Medina–Gutierrez*, 980 F.2d 980, 982–83 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.